PETER M. ROGERS, PLAINTIFF-APPELLANT, v. STATE OF NEW JERSEY, BOARD OF TRUSTEES, TEACHERS' PENSION AND ANNUITY FUND, DIVISION OF PENSIONS, DEPARTMENT OF THE TREASURY, DEFENDANT-RESPONDENT.

Argued October 10, 1973—Decided October 23, 1973.

*Mr. Richard J. Weber,* argued the cause for appellant (*Messrs. Madnick, Milstein and Mason,* attorneys).

*Miss Prudence H. Bisbee,* Deputy Attorney General, argued the cause for respondents (*Mr. George F. Kugler,* Attorney General of New Jersey, attorney; *Mrs. Virginia Long Annich,* Assistant Attorney General, of counsel.)

PER CURIAM. The judgment is affirmed substantially for the reasons expressed by the Appellate Division. *Peter M. Rogers v. State of New Jersey, Board of Trustees, Teachers' Pension and Annuity Fund, Division of Pensions, Department of the Treasury,* reported at 125 *N. J. Super.* 516 (App. Div. 1973).

*For affirmance*—Justices JACOBS, SULLIVAN, PASHMAN and CLIFFORD and Judge CONFORD—5.

*For reversal*—None.